

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00826-CR

**IN RE** Carlos V. **DE LA O**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On December 22, 2016, Relator filed a pro se petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 6, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2001CR3651, styled *The State of Texas v. Carlos V. De La O*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Steve Hilbig presiding.